```
 1  GEORGE S. CARDONA
    Acting United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    DAVID A. DeJUTE (153527)
 4  Assistant United States Attorney
         Room 7516, Federal Building
 5       300 North Los Angeles Street
         Los Angeles, California 90012
 6       Telephone: (213) 894-2574
         Telefax:   (213) 894-7819
 7       Email: david.dejute@usdoj.gov

 8  Attorneys for United States

 9                UNITED STATES DISTRICT COURT

10             FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                       WESTERN DIVISION

12  MICHAEL HUGHES,              )  NO. CV 06-04887 FMC (VBKx)
                                 )
13            Plaintiff,         )  STIPULATION TO CONTINUE
                                 )  HEARING DATE, OPPOSITION DATE
14       v.                      )  AND REPLY DATE ON DEFENDANT'S
                                 )  MOTION TO DISMISS; AND,
15  UNITED STATES                )  [PROPOSED] ORDER
                                 )
16            Defendant.         )  Hon. Florence-Marie Cooper
                                 )

17  ─────────────────────────────

18       1.  On January 18, 2007, Defendant the United States filed a

19  motion to dismiss with a hearing date set for February 12, 2007;

20       2.  On January 30, 2007, this Court granted the parties'

21  joint request to continue the hearing date, opposition date

22  and reply date due to Plaintiff Pro Se Michael Hughes' illness,

23  setting the hearing date for March 12, 2007;

24       3.  Plaintiff has further represented to defense counsel

25  that, due to continuing illness, he requires additional time to

26  respond to the motion;

27  ///
```




Accordingly, the parties, by and through their undersigned counsel, stipulate as follows:

The hearing date for defendant's motion to dismiss is hereby continued two weeks to March 26, 2007 at the time and location previously noticed. The last day for filing the opposition and reply are likewise extended and calculated from the hearing date of March 26.

DATED: 2/23/07

Michael Hughes
Plaintiff Pro Se

DATED: 2-23-07

GEORGE S. CARDONA
Acting United States Attorney

DAVID A. DeJUTE
Assistant United States Attorney
Attorneys for the United States

**ORDER**

IT IS HEREBY ORDERED that the hearing date for defendant's motion to dismiss is hereby continued two weeks to March 26, 2007 at the time and location previously noticed. The last day for filing the opposition and reply are likewise extended and calculated from the hearing date of March 26.

DATED: 2/27/07

Florence-Marie Cooper
United States District Court Judge

-2-