1   GEORGE S. CARDONA
    Acting United States Attorney
2   LEON W. WEIDMAN
    Assistant United States Attorney
3   Chief, Civil Division
    DAVID A. DeJUTE (153527)
4   Assistant United States Attorney
        Room 7516, Federal Building
5       300 North Los Angeles Street
        Los Angeles, California  90012
6   Telephone:   (213) 894-2574
    Telefax:     (213) 894-7819
7   Email: david.dejute@usdoj.gov

8   Attorneys for United States

9                       UNITED STATES DISTRICT COURT

10              FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                          WESTERN DIVISION

12   MICHAEL HUGHES,                ) NO. CV 06-04887 FMC (VBKx)
                                    )
13              Plaintiff,          ) **STIPULATION TO CONTINUE**
                                    ) **HEARING DATE AND REPLY DATE**
14              v.                  ) **ON DEFENDANT'S MOTION TO**
                                    ) **DISMISS; AND,**
15   UNITED STATES                  ) [PROPOSED] ORDER
                                    )
16              Defendant.          ) Hon. Florence-Marie Cooper
                                    )

17

18        1.   On January 18, 2007, Defendant the United States filed a

19   motion to dismiss with a hearing date set for February 12, 2007;

20        2.   On January 30, 2007, this Court granted the parties'

21   joint request to continue the hearing date, opposition date and

22   reply date due to Plaintiff Pro Se Michael Hughes' illness;

23        3.   On February 28, 2007, this Court granted the parties'

24   joint request to continue the hearing date, opposition date and

25   reply date due to the Plaintiff's continuing illness;

26        4.   The parties now believe that they may be able to resolve

27   this matter without the intervention of the Court.

DOCKETED ON CM

MAR 21 2007

BY _____ 010

1   Accordingly, the parties, by and through its undersigned
    counsel and acting *in propia persona*, stipulate as follows:

2       The hearing date for defendant's motion to dismiss is hereby
3   continued two weeks to April 9, 2007 at the time and location
4   previously noticed.  The last day for filing the reply is
5   likewise extended and calculated from the revised date of the
6   hearing.

7

8   DATED: 3/16/2007

9                               Michael Hughes
                                Plaintiff *Pro Se*
10

11  DATED: 3·19·07             GEORGE S. CARDONA
                                Acting United States Attorney
12

13                              DAVID A. DeJUTE,
14                              Assistant United States Attorney
                                Attorneys for the United States
15

16

17                              **ORDER**

18      IT IS HEREBY ORDERED that the hearing date for defendant's
19  motion to dismiss is hereby continued two weeks to April 9, 2007
20  at the time and location previously noticed.  The last day for
21  filing the reply is likewise extended and calculated from the
22  hearing date of April 9.

23

24

25  DATED: MAR 20 2007

26                              FLORENCE-MARIE COOPER
                                United States District Judge
27

                                -2-