1  GEORGE S. CARDONA
   Acting United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   DAVID A. DeJUTE, California Bar No. 153527
4  Assistant United States Attorney
       Room 7516, Federal Building
5      300 North Los Angeles Street
       Los Angeles, CA 90012
6      Telephone:(213) 894-2574
       Facsimile:(213) 894-7819
7      Email: david.dejute@usdoj.gov

8  Attorneys for the United States

                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION

MICHAEL HUGHES,                 )  No. CV 06-4887 FMC (VBKx)
                                )
        Plaintiff,               )  **STIPULATION RE: COMPROMISE**
                                )  **SETTLEMENT; AND,**
        v.                       )  [~~PROPOSED~~] **ORDER**
                                )  **DISMISSING ACTION**
UNITED STATES,                   )
                                )
        Defendant.               )  Hon. Florence-Marie Cooper
_____)

    IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Michael Hughes and defendant the United States of America, that the above-entitled action may be settled and compromised on the following terms and conditions:

    1.  The United States of America agrees to pay to plaintiff the sum of Five Thousand Dollars ($5,000.00), which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from the incident or circumstances giving rise to this suit, which plaintiff or his heirs, executors,



administrators, or assigns, and each and any of them, now have or may hereafter acquire against the United States of America or its agents, servants or employees.

2. Plaintiff and his heirs, executors, administrators or assigns hereby execute a general release of the United States of America and agree to accept the sum of Five Thousand Dollars ($5,000.00) in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from the incident or circumstances giving rise to this suit, which plaintiff may have or hereafter acquire against the United States of America, its agents, servants or employees on account of the same subject matter that gave rise to the above-captioned lawsuit, including any future claim for personal injury, lost earnings, lost income, or medical expenses.

3. In addition, and notwithstanding anything to the contrary contained herein, plaintiff explicitly releases any and all claims against the United States of America which the plaintiff does not know or suspect to exist in his favor at the time he executes this stipulation and general release, which if known to plaintiff would have materially affected plaintiff's settlement with the United States of America.

4. Plaintiff and his heirs, executors, administrators or assigns further agree to reimburse, indemnify and hold harmless the United States of America, its agents, servants, and employees from any and all causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation or the prosecution of claims by plaintiff or his heirs, executors, administrators or assigns against any

third party or against the United States of America arising out of the incident or circumstances giving rise to this suit.

5.   This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of the United States of America, its agents, servants, or employees, and it is entered into by all parties herein for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

6.   It is also agreed, by and among the parties, that the settlement amount of Five Thousand Dollars ($5,000.00) for plaintiff represents the entire amount of the compromise settlement, and that the respective parties will each bear his or its own costs, fees, and expenses, and that any attorneys' fees owed by the plaintiff will be paid out of the settlement amount and not in addition thereto.

7.   It is also understood, by and among the parties, that pursuant to Title 28, United States Code, Section 2678, attorneys' fees for services rendered in connection with this action shall not exceed 25 per centum of the amount of the compromise settlement.

8.   Payment of the settlement will be made by a check in the total amount of Five Thousand Dollars ($5,000.00), made payable as follows:

| NAME | AMOUNT |
| --- | --- |
| Michael Hughes | $5,000.00 |

9.   Plaintiff agrees that he will be obligated to pay any and all liens from any and all insurance companies, health care providers, attorneys, and any and all other persons or organizations who have or claim to have subrogated assigned claims arising out of or related to the subject matter of this suit.

10.   In consideration of the payment of the sum total of Five Thousand Dollars ($5,000.00), as set forth above, plaintiff agrees that the above-styled action may be dismissed with prejudice.

11.   Any and all individual taxation consequences as a result of this Stipulation are the sole and exclusive responsibility of the plaintiff.  Defendant does not warrant any representation of any tax consequences of this Stipulation. Nothing contained herein shall constitute a waiver by plaintiff of any right to challenge any tax consequences of this Stipulation.

12.   This written agreement contains all of the agreements between the parties, and it is intended to be and is the final and sole agreement between the parties.  The parties agree that any other prior or contemporaneous representations or understandings not explicitly contained in this written agreement, whether written or oral, are of no further legal or equitable force or effect.  Any subsequent modifications to this agreement must be in writing, and must be signed and executed by the parties.

13.   The undersigned represent that they have reviewed and understand this agreement, and that they are fully authorized to

enter into the terms and conditions of this agreement and that they agree to be bound thereby.

DATED: 4/8/2007

Michael Hughes
Plaintiff *Pro Se*

DATED: 4.9.07

GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

DAVID A. DeJUTE
Assistant United States Attorney
Attorneys for the United States

## ORDER DISMISSING ACTION

IT IS HEREBY ORDERED:

1. Plaintiff's action is dismissed with prejudice in its entirety;

2. Each party shall bear his or its own costs of suit and attorneys' fees; and,

3. The Court retains jurisdiction pending payment of the settlement.

DATED: 4/10/07

Florence-Marie Cooper
United States District Judge

5

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE BY MAIL |
| 2 | I am over the age of 18 and not a party to the within action. I am |
| 3 | employed by the Office of United States Attorney, Central District of |
| 4 | California. My business address is 300 North Los Angeles St., Suite |
| 5 | 7516, Los Angeles, CA 90012. On April 9, 2007, I served a copy of |
| 6 | **STIPULATION RE: COMPROMISE SETTLEMENT; AND, [PROPOSED] ORDER DISMISSING** |
| 7 | **ACTION** on each person or entity named below by enclosing a copy in an |
| 8 | envelope addressed as shown and placing the envelope for collection and |
| 9 | mailing on the date and at the place shown below following our ordinary |
| 10 | office practices. I am readily familiar with the practice of this |
| 11 | office for collection and processing correspondence for mailing. On the |
| 12 | same day that correspondence is placed for collection and mailing, it is |
| 13 | deposited in the ordinary course of business with the United States |
| 14 | Postal Service in a sealed envelope with postage fully prepaid. |
| 15 | Date of mailing: April 9, 2007. Place of mailing: |
| 16 | Los Angeles, California. Person(s) and/or Entity(s) to Whom mailed: |
| 17 | **Michael Hughes, Esq.** |
| 18 | **1213 Olancha Drive** |
| | **Los Angeles, CA 90065-4235** |
| 19 | |
| 20 | I declare under penalty of perjury under the laws of the United |
| 21 | States of America that the forgoing is true and correct. |
| 22 | I declare that I am employed in the office of a member of the bar |
| 23 | of this court at whose directions the service was made. Executed on: |
| 24 | April 9, 2007, in Los Angeles, California. |
| 25 | |
| 26 | MARGARET BARCELA |
| 27 | |
| 28 | |